**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

MICHAEL GOODWIN,                          )
                                          )
                    Petitioner,           )
        vs.                               )         2:09-cv-307-WTL-DML
                                          )
CHARLES LOCKETT, Warden,                  )
                                          )
                    Defendants.           )

**Entry Directing Further Proceedings**

Petitioner Goodwin is confined within this District and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241(c)(3). He challenges the validity of a sentence imposed by the United States District Court for the Eastern District of Missouri.

The petitioner may have an uphill path to travel in demonstrating that a remedy via § 2241(c)(3) should be available to him. And it is his burden to show that such a remedy is the proper one. *Jeffers v. Chandler,* 253 F.3d 827, 830 (5th Cir. 2001); *Charles v. Chandler,* 180 F.3d 753, 756 (6th Cir. 1999).

A writ of habeas corpus via § 2241 may be utilized by a federal prisoner to challenge the legality of his or her conviction or sentence in those cases where § 2255 is "inadequate or ineffective to test the legality of [the] detention." 28 U.S.C. § 2255(e). A remedy via § 2255 is "inadequate" when its provisions limiting multiple § 2255 motions prevent a prisoner from obtaining review of a legal theory that "establishes the petitioner's actual innocence." *Taylor v. Gilkey,* 314 F.3d 832, 835 (7th Cir. 2002).

On the basis of the foregoing, therefore, the petitioner shall have **through December 9, 2009,** in which to **show cause** why this action can proceed under § 2241 or why, in the alternative, it should not be transferred to the United States District Court for the Eastern District of Missouri.

**IT IS SO ORDERED.**

Date:  11/17/2009

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Michael Goodwin
#28182-044
Terre Haute - FCI
P.O. Box 33
Terre Haute, IN 47808